

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2019

No. 04-18-00861-CR & 04-18-00862-CR

Juan **ORTIZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR7171, 2018CR0457
Honorable Sid L. Harle, Judge Presiding

# O R D E R

By order dated May 17, 2019, we abated these appeals to the trial court for an abandonment hearing. *See* TEX. R. APP. P. 38.8(b)(2). The trial court found appellant desires to prosecute his appeals and appointed counsel had not abandoned the appeals. Accordingly, by order dated August 1, 2019, we reinstated the appeals on the docket of this court and ordered appellant's brief to be filed no later than August 19, 2019. The brief has not been filed.

Appellant's attorney is ORDERED to respond to this court in writing within ten days of the date of this order. The response should state a reasonable explanation for failing to timely file the brief and demonstrate the steps being taken to remedy the deficiency. If appellant's attorney fails to file an adequate response within ten days, this appeal will be abated to the trial court for a **second** abandonment hearing, and the trial court will be asked to consider whether sanctions are appropriate. TEX. R. APP. P. 38.8(b)(2).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of August, 2019.



KEITH E. HOTTLE,
Clerk of Court